IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THOMAS STOTT | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | No. 13-6804 |
| PENN CREDIT CORPORATION | : | |
| | : | |

**NOTICE OF ARBITRATION HEARING**

Please take note that the above-captioned civil action case has been scheduled for ARBITRATION at 9:30 am on July 9, 2014*.  **PLEASE NOTE THAT THIS ARBITRATION HEARING WILL BE HELD IN THE JAMES A. BYRNE U.S. COURTHOUSE, 601 MARKET ST., PHILADELPHIA, PA 19106. REPORT TO ROOM 2609 FOR YOUR ROOM ASSIGNMENT.** NOTE: Arbitrators shall not participate in settlement discussions. The arbitration clerk should be contacted for any continuance request.

                                                                          Michael E. Kunz
                                                                          Clerk of Court

*Rescheduled from 6/12/14 - NO FURTHER CONTINUANCES WITHOUT COURT APPROVAL.

                                                     By:  S/PATRICIA A. JONES
                                                        Patricia A. Jones
                                                        Deputy Clerk
                                                        Phone:267-299-7072

Date: May 20, 2014

Copies:      Secretary/Courtroom Deputy to Judge Quinones Alexandro
                 Docket Clerk - Case File

          Counsel:      Gregory Gorski, Esq.
                           Mark Mailman, Esq.
                           William D'Annunzio, Esq.

          Arbitrators:   Martha Gale, Esq.
                           John Bellenzeni, Esq.
                           Frank DeGiulio, Esq.

ARB2.FRM