IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THOMAS STOTT | : | CIVIL ACTION |
| *Plaintiff* | : | |
| | : | NO. 13-6804 |
| v. | : | |
| | : | |
| PENN CREDIT CORPORATION | : | |
| *Defendant* | : | |

# O R D E R

**AND NOW,** this 2nd day of June 2014, upon notification that the issues between Plaintiff and Defendant have been settled, it is hereby **ORDERED** that all claims against said Defendant are DISMISSED with prejudice, without cost, pursuant to the agreement of the parties. To conform to Local Rule of Civil Procedure 41.1(b), the Clerk of Court is directed to enter this Order and to mark this case closed for statistical purposes.

BY THE COURT:

*/s/ Nitza I. Quiñones Alejandro*
NITZA I. QUIÑONES ALEJANDRO, J.